FILED IN OPEN COURT
ON 4/17/24 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CR-127-D-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| GROTEZ SIMPSON | ) | |

The Grand Jury charges that:

On or about the 25th day of May, 2022, in the Eastern District of North Carolina and elsewhere, GROTEZ SIMPSON, the defendant, did knowingly and without lawful authority or permission convey false information that there was a bomb on the 92 Silver Star train knowing that information was false concerning an attempt and alleged attempt that would violate Title 18, United States Code, Section 1992(a)(1), specifically, wrecking, derailing, setting fire to, and disabling the 92 Silver

[REAMINDER OF PAGE INTENTIONALLY LEFT BLANK]

Star, a mass transportation vehicle, all in violation of Title 18, United States Code, Section 1992(a)(9).

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Date: 4/16/2024

MICHAEL F. EASLEY, JR.
United States Attorney

BY: LOGAN W. LILES
Assistant United States Attorney
Criminal Division